UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAY PATTON, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.: 3:07-cv-456 |
| | ) |    (VARLAN/GUYTON) |
| ROSCOE BYRD, et al., | ) | |
| | ) | |
|     *Defendants*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the plaintiff's motion to amend his complaint is **GRANTED**, plaintiff's motion for summary judgment is **DENIED**, the defendants' motion for summary judgment is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. All other pending motions are **DENIED** as **MOOT**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                             s/ Thomas A. Varlan
                                             UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT